1081

No. 78–5772.  HENNEMEYER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 78–5782.  PERRY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5787.  ROLLINS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–5794.  GREENE v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 78–5805.  FREEMAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–5807.  LOSING v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–5813.  WALKER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–5815.  SALDANA v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–364.  CUPP, PENITENTIARY SUPERINTENDENT v. DOUGLAS.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.  MR. JUSTICE BLACKMUN would grant certiorari.